# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LESSIE,<br><br>            Petitioner,<br><br>   vs.<br><br>TIM VIRGA, Warden,<br><br>            Respondent. | CASE NO. 10-CV-2065 - IEG (RBB)<br><br>**ORDER:**<br><br>**(1) ADOPTING IN FULL REPORT AND RECOMMENDATION;**<br><br>[Doc. No. 16]<br><br>**(2) DENYING AMENDED PETITION FOR WRIT OF HABEAS CORPUS; AND**<br><br>[Doc. No. 4]<br><br>**(3) DENYING CERTIFICATE OF APPEALABILITY** |

   Currently before the Court is Tony Lessie ("Petitioner")'s Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("the Petition"). [Doc. No. 4.] Petitioner was convicted of second degree murder following a jury trial. [Id. at 2.] The jury made a true finding that Petitioner used a firearm in connection with the murder, and Petitioner was sentenced to 40 years to life in state prison. [Id. at 1-2.] Petitioner claims that his conviction: (1) was in violation of his Fifth Amendment rights under Miranda v. Arizona; and (2) in violation of his statutory rights to have two completed phone calls within an hour of confinement. [Id. at 6, 8.]

   On January 10, 2012, Respondent Tim Virga ("Respondent") filed an amended answer to the Petition. [Doc. No. 15.] In his amended answer, Respondent concedes that the Petition was

1  timely filed but argues that Petitioner is not entitled to habeas relief. [Id.] Petitioner did not file a
2  traverse to his Petition.
3        The Court referred the matter to Magistrate Judge Ruben B. Brooks, who issued a Report
4  and Recommendation ("R & R") recommending that the Petition be denied. [Doc. No. 16.] The R
5  & R concluded that ground one of the Petition should be denied because the California Supreme
6  Court's decision comported with controlling U.S. Supreme Court authority, and the state court
7  reasonably found that Petitioner's custodial admissions and confession were made voluntarily after
8  he had been properly advised of his Miranda rights, which he understood and validly waived. [Id.
9  at 19.] The R & R also concluded that ground two of the Petition should be denied because it
10 alleges a violation of state law, which is not cognizable on federal habeas review. [Id. at 21.] The
11 time for filing objections to the R & R passed on July 6, 2012 without Petitioner filing any
12 objections.

13 **DISCUSSION**

14       The Court reviews *de novo* those portions of the Report and Recommendation to which
15 objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole
16 or in part, the findings or recommendations made by the magistrate judge." Id. However, "[t]he
17 statute makes it clear that the district judge must review the magistrate judge's findings and
18 recommendations de novo if objection is made, but not otherwise." United States v. Reyna-Tapia,
19 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). "Neither the Constitution
20 nor the statute requires a district judge to review, de novo, findings and recommendations that the
21 parties themselves accept as correct." Id.
22       In this case, the time for filing objections to the R & R passed a month ago and Petitioner
23 has not to this date filed any objections. Accordingly, the Court may adopt the R & R on that basis
24 alone. See id. Having reviewed the Petition, Respondent's answer, the relevant portions of the
25 state record lodged by Respondent, and the R & R, the Court hereby approves and **ADOPTS IN**
26 **FULL** the Report and Recommendation. See 28 U.S.C. § 636(b)(1).
27 ///
28 ///

**CONCLUSION**

Having reviewed the Report and Recommendation and there being no objections, the Court **ADOPTS IN FULL** the Report and Recommendation and **DENIES** the Petition. The Court also **DENIES** a certificate of appealability because Petitioner has not "made a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

**DATED:** August 2, 2012

*Irma E. Gonzalez*
**IRMA E. GONZALEZ**
**United States District Judge**